(April 11, 1996)

■ The People of the State of New York ex rel. James J. Tini, on Behalf of Lance Rowe, Petitioner, v Joseph Jablonsky, as Sheriff, Respondent. [640 NYS2d 813] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Felony No. 3185/96.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County Felony No. 3185/96 to an insurance company bail bond in the sum of $50,000 or a $25,000 cash bail alternative. Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.